No. 634. AETNA CASUALTY & SURETY Co. *v.* PITTS. C. A. 2d Cir. Certiorari denied. *William S. O'Connor* for petitioner. *Jules Chopak* for respondent.

No. 635. IN RE HOLMES. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Thomas D. McBride* for petitioner. *Richardson Dilworth* for the State of Pennsylvania.

No. 599. SHAFFER *v.* SEAS SHIPPING Co., INC. C. A. 3d Cir. Certiorari denied. *Paul M. Goldstein* and *Herman Moskowitz* for petitioner. *Thomas E. Byrne, Jr.* for respondent.

No. 592. RADIO CORPORATION OF AMERICA *v.* IGOE, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied. *Adlai E. Stevenson* and *John T. Cahill* for petitioner. *Thomas C. McConnell* for respondent.

No. 220, Misc. CULVER *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 233, Misc. SKLADD *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 340, Misc. BOZELL *v.* LINDSAY ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor*